

NOTICE: Pursuant to TRCP 126: Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO

C-4783-19-F
332ND DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION
THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Sprouts Farmers Market Texas, LP**
By serving its registered agent: Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company
211 E 7th Street Suite 620
Austin TX 78701

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Mario E. Ramirez, Jr., 332nd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 8th day of November, 2019 and a copy of same accompanies this citation. The file number and style of said suit being C-4783-19-F, **MARIA HERNANDEZ VS. SPROUTS FARMERS MARKET TEXAS, LP**

Said Petition was filed in said court by Attorney MICHAEL J. CISNEROS, 312 LINBERG MCALLEN TX 78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 13th day of November, 2019.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

NOEMI LAMAS, DEPUTY CLERK



C-4783-19-F
OFFICER'S RETURN

Came to hand on _____ of _____, 201___ at _____ o'clock ____.m. and executed in __Travis__ County, Texas by delivering to each of the within named Defendant ~~in person~~, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
| Sprouts Farmers Market | | | |
| Corp. Svc. Co. | 1/17/19 | | |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
      miles ................$_____

_____
DEPUTY

COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____, and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____ County, State of Texas, on the _____ day of _____, 201___.

_____
Declarant"

If Certified by the Supreme Court of Texas
Date of Expiration / PSC Number



Mr. Joe Moreno
2134 Van Tassel Cir
Edinburg, TX 78539



7018 2290 0002 2328 5966



U.S. POSTAGE PAID
FCM LETTER
EDINBURG, TX
78539
NOV 14, 19
AMOUNT
$7.00
R2304H107560-11

SPROUTS FARMERS MARKET
c/o Corp. Svc. Co.
211 E. 7th St./Ste. 620
Austin, Tx  78701

7870153218 C015